AO 245S Modified (3/90) Sheet 1 - Judgment Including Sentence Under the Sentencing Reform Act

# UNITED STATES DISTRICT COURT
    Eastern    District of    California    

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT |
| V. | Case Number: 6:07-MJ-0064-WMW |
| JUSTIN WEISZ | PRO PER<br>Defendant's Attorney |

*THE DEFENDANT:*

[X]   Pleaded guilty to counts One                                                                                         .

*Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 2.35 c | Under the Influence of Alcohol | One | 4/7/2007 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

| | |
|---|---|
| *Defendant's Soc. Sec. Number:*<br>N/A | May 15, 2007<br>*Date of Imposition of Sentence* |
| *Defendant's mailing address:*<br><br>Cost Mesa, CA 92627 | /s/ William M. Wunderlich<br>*Signature of Judicial Officer*<br><br>William M. Wunderlich<br>U.S. Magistrate Judge<br>*Name and Title of Judicial Officer* |
| *Defendant's residence address:*<br><br>Same as above | *Date:* May 15, 2007 |

*Judgment--Page  2  of  2*

*Defendant:   JUSTIN WEISZ*
*Case Number:   6:07-MJ-00064-WMW*

### PROBATION

*You are hereby placed on unsupervised probation for a term of:*

*18 months*

*While on probation, you shall comply with following standard conditions that have been adopted by this court:*

*1. The defendant shall obey all laws, local, state and federal.*

*2. Pay the fine and restitution as ordered.*

*You shall  comply with the following additional conditions:*

*3.  Defendant shall pay restitution in the amount of $600.00 to M. Victor,  through the Clerk's Office at 501'I" St. #4200, Sacramento, CA 95814. Pay restitution in the amount of $100 per month beginning November 15, 2007, and continuing on the 15th of each month until paid in full.*

*4. Defendant shall pay and $10 penalty assessment forthwith.*

*5. Bond posted in matter shall be returned to surety.*