```
ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>      Plaintiff,<br><br>vs<br><br>JUSTIN STEVEN WEISZ<br><br>      Defendant. | CASE #6:06-mj-0029-WMW<br><br>STIPULATION TO MODIFY SENTENCE AND PROPOSED ORDER<br><br>Court: U.S. Magistrate Judge:<br>Hon. William M. Wunderlich |

IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW, the Legal Officer for the United States Government and Defendant, JUSTIN STEVEN WEISZ, *pro persona,* that the payment schedule for restitution agreed upon in 6:07-mj-0064 WMW, be amended to reflect payments of fifty dollars a month with payments beginning January 25, 2008, and due on the 25th of each month thereafter. Court probation will be extended until June 30, 2008.

Dated: November 15, 2007    By: /S/ Elizabeth Waldow
                                         ELIZABETH WALDOW
                                         Legal Officer for
                                         United States Government

Dated: November 15, 2007    By: /s/Justin Weisz
                                          JUSTIN STEVEN WEISZ
                                         Defendant, *pro persona*

* * * ORDER * * *

The Court, having reviewed the above request for a amendment of restitution schedule and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The defendant shall begin payment of restitution on January 25, 2008, at a payment schedule of fifty dollars each month.
2. Court probation is extended until June 30, 2008.

It is so ordered:

IT IS SO ORDERED.

**Dated:   December 5, 2007            /s/  William M. Wunderlich**
                           UNITED STATES MAGISTRATE JUDGE